UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT<br>OF AGRICULTURE | )<br>)<br>) | |
| v. | ) | CIVIL NO. 2:25-cv-00147-JAW |
| PRUDENCE J. MERRILL | )<br>) | |

## ORDER TO SHOW CAUSE

The record in this matter reflects that more than 90 days have expired since the filing of the amended complaint and that service of process remains to be accomplished on defendants.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff shall show good cause in writing no later than July 30, 2025 why such service was not timely made, failing which the complaint shall be dismissed.

                John A. Woodcock, Jr.
                United States District Judge


                By: /s/ Joanne McCue
                     Deputy Clerk

Dated this 15th day of July, 2025.