UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THE UNITED STATES DEPARTMENT OF AGRICULTURE , <br><br>PLAINTIFF <br><br> v. <br><br> PRUDENCE J. MERRILL, <br><br> DEFENDANT | CIVIL ACTION NO.: <br> 2:25-cv-00147-JAW |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(1)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1), Plaintiff United States Department of Agriculture hereby gives notice that this action is voluntarily dismissed. Defendant, Prudence J. Merrill has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated this July 21, 2025.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Prudence J. Merrill  
1194 Feylers Corner Road  
Waldoboro, Maine 04572

Dated at Portland, Maine, this July 21, 2025.

/s/ *Kevin J. Crosman*

_____

Kevin J. Crosman, Bar No. 4279  
Attorney for Plaintiff